UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LONNIE LEE HAMILTON, as the Administrator of
the estate of LONNIE LAMONT HAMILTON,

                      Plaintiff,

   -against-                                         18 Civ. 9734 (CM)

JOSEPH MEAD and ALFRED ZEINA,

                      Defendants.

------------------------------------------------------------x

**ORDER**

McMahon, C.J.:

      Despite defense counsel's repeated representations in its memorandum of law that "The Claims case against the State is currently pending in Albany County," (*see* Mem. of Law in Supp. of Defs.' Mot. to Transfer Venue at 2, Dkt. No. 14 ("Defs. Br.")), it has come to this Court's attention that Plaintiff's case in the New York State Court of Claims is currently pending in the New York District (*see* attached).

      Counsel for both Plaintiff and Defendants have 24 hours to notify this Court via letter if this is correct, and, if not, where the case is currently pending.

Dated: February __, 2019

                                                             Chief Judge

BY ECF TO ALL PARTIES

# Case Search Results

**You Searched On**
Attorney Name: richard giampa

Modify Search | New Search

**Sort By:** Court

| Case | Status | Caption | Court |
|---|---|---|---|
| 525630/2018 12/20/2018 | Full Participation Recorded Pre-RJI | Moshe Berger v. TE Automotive Inc. et al | Kings County Supreme Court Torts - Motor Vehicle |
| 600960/2013 04/17/2013 | Closed to EF Disposed | Crystal G. Roberts - v. - Hempstead Park Nursing Home et al | Nassau County Supreme Court Medical Malpractice |
| 607210/2016 09/19/2016 | Full Participation Recorded Active | JAQUATA M CARRINGTON et al - v. - PHILIP M EBANKS | Nassau County Supreme Court Torts - Motor Vehicle |
| 151661/2014 02/25/2014 | Full Participation Recorded Disposed | Judith C. Ferland-Washington - v. - Luigj Tinaj | New York County Supreme Court Tort |
| 152389/2015 03/11/2015 | Full Participation Recorded Active | SUSAN ABDUL-MALIK DUNN - v. - THE CITY OF NEW YORK et al | New York County Supreme Court Tort |
| 152467/2018 03/20/2018 | Full Participation Recorded Active | KRISTINA FRANCO - v. - 520 BROADWAY COMPANY, L.P. et al | New York County Supreme Court Torts - Other Negligence |
| 153347/2018 04/12/2018 | Full Participation Recorded Pre-RJI | SEBASTIAN LOPEZ DEDIOS - v. - RONALD M. MYLES | New York County Supreme Court Torts - Motor Vehicle |
| 155696/2016 07/08/2016 | Full Participation Recorded Disposed | Dejon Fuller - v. - Eugene F Daniels Jr et al | New York County Supreme Court Torts - Motor Vehicle |
| 159928/2017 11/07/2017 | Full Participation Recorded Active | Nijah A. Mayers - v. - George Wallace | New York County Supreme Court Torts - Motor Vehicle |
| 450101/2018 06/02/2017 | Full Participation Recorded Active | Georgette Y. Harewood - v. - New York City Housing Authority | New York County Supreme Court Torts - Other Negligence |
| 125412 12/18/2014 | Full Participation Recorded Pre-RJI | Susan Abdul-Malik Dunn - v. - The State of New York et al | Nys Court Of Claims (New York District) Tort (NYS Court of Claims) |
| E17-0622 02/16/2017 | Closed to EF Pre-RJI | Estate of Lonnie Lamont Hamilton and Lonnie Lee Hamilton, individually and as Administrator of Estate - v. - The State of New York et al | Nys Court Of Claims (New York District) Tort (NYS Court of Claims) |
| 117957 06/08/2010 | Approved for EF Pre-RJI | Anthony Flowers - v. - The State of New York | Nys Court Of Claims(Albany District) Tort (NYS Court of Claims) |
| 120666 12/06/2011 | Approved for EF Pre-RJI | James Adams - v. - The State of New York (formerly E11-0022) | Nys Court Of Claims(Albany District) Tort (NYS Court of Claims) |
| 129974 07/13/2017 | Full Participation Recorded Pre-RJI | Ricardo Ramos - v. - The State of New York | Nys Court Of Claims(Albany District) Tort (NYS Court of Claims) |
| EFCA2016-001189 06/21/2016 | Partial Participation Recorded Disposed | Lonnie Lee Hamilton et al - v. - Marcy Correctional Facility et al | Oneida County Supreme Court Special Proceedings - Other |
| EF003997-2017 05/26/2017 | Partial Participation Recorded Disposed | Estate of Nicholas Christian Gambino-Vasile, Jane Gambino, as Administrator of Estate - v. - The Town of Warwick et al | Orange County Supreme Court Torts - Motor Vehicle |
| EF011655-2018 11/28/2018 | Partial Participation Recorded Active | E. F. et al v. Felipe Vaquero-Tlatelpa | Orange County Supreme Court Torts - Other Negligence |